# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BITSIGHT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORMSHIELD INC. <br> d/b/a BLACK KITE, INC., <br><br> Defendant. <br> _____ <br><br> NORMSHIELD INC. <br> d/b/a BLACK KITE, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BITSIGHT TECHNOLOGIES, INC., <br><br> Defendant. | **Case No. 1:23-cv-12055-MJJ** |

## CERTIFICATE OF PLAINTIFF PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned hereby certify that they have conferred with a view to establish a budget

for the costs of conducting the full course and various alternative courses of the litigation, and to

consider the resolution of the litigation through the use of alternative dispute resolution programs

such as those outlined in L.R. 16.4.

Dated: October 16, 2024

BITSIGHT TECHNOLOGIES, INC.

By: /s/ Alan K. Tannenwald
Alan K. Tannenwald
VP, Assistant General Counsel
& Assistant Secretary

Boston, MA  02210
Tel.:    (617) 570-1000
Fax:    (617) 523-1231
dkline@goodwinlaw.com
rcarroll@goodwinlaw.com

Naomi L. Birbach (*pro hac vice*)
Timothy Keegan (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Tel.:    (212) 813-8800
Fax:    (212) 355-3333
nbirbach@goodwinlaw.com
tkeegan@goodwinlaw.com

Kelly Grosshuesch (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel:    (202) 346-1000
Fax:    (202) 346-4444
kgrosshuesch@goodwinlaw.com

*Attorneys for Plaintiff, BitSight Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this 16th day of October 2024.

*/s/ Douglas J. Kline*
Douglas J. Kline